FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* JULY 7, 2023 *
BROOKLYN OFFICE

WK:SP
F. #2023R00389

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ABU CHOWDHURY and
IFFAT LUBNA,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. 23-CR-278
(T. 18, U.S.C., §§ 981(a)(1)(C), 1201(a)(1), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

Judge Nina R. Morrison
Magistrate Judge Sanket J. Bulsara

THE GRAND JURY CHARGES:

KIDNAPPING

1. On or about May 11, 2023, within the Eastern District of New York and elsewhere, the defendants ABU CHOWDHURY and IFFAT LUBNA, together with others, did knowingly and intentionally seize, confine, inveigle, kidnap, abduct and carry away and hold, for ransom and reward and otherwise, a person, to wit: John Doe, an individual whose identity is known to the Grand Jury, and use one or more means, facilities and instrumentalities of interstate and foreign commerce, to wit: cellular telephones and the internet, in committing and in furtherance of the commission of the offense.

(Title 18, United States Code, Sections 1201(a)(1), 2 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendants that, upon their conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

[signature]

FOREPERSON

By Carolyn Pokorny, Assistant U.S. Attorney

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00389
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

ABU CHOWDHURY
and IFFAT LUBNA,

Defendants.

# INDICTMENT

(T. 18, U.S.C., §§ 981(a)(1)(C), 1201(a)(1), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.* [signature]
_______________________________________ *Foreperson*

*Filed in open court this* _________________ *day,*

*of* ____________ *A.D. 20* _____

_______________________________________ *Clerk*

*Bail, $* ____________

_______________________________________

***Stephanie Pak, Assistant U.S. Attorney (718) 254-6064***