JMH:SP
F.# 2023R00389

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ABU CHOWDHURY,
SYED RUBEL AHMED,
SHAHED ALOM,
ANZU KHAN,
IFFAT LUBNA,
SULTANA RAZIA

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

23-CR-278 (S-1) (NRM)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Stephanie Pak, for an order: (1) keeping the unredacted Superseding Indictment (the "Superseding Indictment") under seal: (2) unsealing the proposed redacted copy of the above-referenced Superseding Indictment (the "Redacted Superseding Indictment"); (3) unsealing the Superseding Indictment for the limited purpose of providing defendants Syed Rubel Ahmed, Shahed Alom, Anzu Khan, Abu Chowdhury, Iffat Lubna, and Sultana Razia and their counsels with a copy; (4) unsealing the arrest warrants for defendants Syed Rubel Ahmed, Shahed Alom, Anzu Khan and Sultana Razia; and (5) keeping any other arrest warrants issued in this matter under seal.

WHEREFORE, it is HEREBY ORDERED that the Superseding Indictment filed on January 9, 2024 shall be maintained under seal except for the limited purpose of disclosing

the Superseding Indictment in unredacted form to defendants Syed Rubel Ahmed, Shahed Alom, Anzu Khan, Abu Chowdhury, Iffat Lubna, and Sultana Razia and their counsels; and

IT IS FURTHER ORDERED that the Redacted Superseding Indictment shall be unsealed and publicly-docketed in the above-captioned matter; and

IT IS FURTHER ORDERED that the arrest warrants for defendants Syed Rubel Ahmed, Shahed Alom, Anzu Khan and Sultana Razia shall be unsealed and publicly docketed in the above-captioned matter; and

IT IS FURTHER ORDERED that all other arrest warrants otherwise under seal in the above-captioned matter shall remain under seal.

Dated: Brooklyn, New York
January 11, 2024

Joseph A. Marutollo

HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK