# EPSTEIN SACKS PLLC

## ATTORNEYS AT LAW

**100 LAFAYETTE STREET - SUITE 502**

**NEW YORK, N.Y. 10013**
**(212) 684-1230**
**Fax (212) 571-5507**

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

April 9, 2024

Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Filed on ECF**

_United States v. Sultana Razia_
23 Cr. 278 (NRM)

Dear Judge Morrison:

We represent Sultana Razia pursuant to the Criminal Justice Act.  We write to ask for a temporary modification to her current bail conditions, which includes home detention with electronic monitoring, that would allow her to be with her family to celebrate Eid al-Fitr, the end of Ramadan.  Specifically, she seeks permission to go with her husband, Mohammad Islam who is the co-signer of her bail bond, and their two sons to visit with Mr. Islam's aunt in the Bronx, New York on Wednesday April 10th between the 1PM and 8PM.  They plan to be at their aunt's home in the Bronx, and if the weather is suitable, at a park in Croton on the Hudson.  We have provided the addresses of these locations to pretrial services, and we have discussed this request with both pretrial services and the Government, neither of whom has any objection to this request.

Respectfully submitted,

_Sarah M. Sacks_