# Exhibit 1

515 Madison Avenue, 8th Floor
New York, NY 10022
212 856-9848
requests@ilslanguages.com

| | |
|---|---|
| EXHIBIT: | EDNY_000049 |
| LANGUAGE: | BENGALI/ENGLISH |
| DATE: | JULY 10, 2023 |
| TIME: | 8:54 P.M. |
| PARTICIPANTS: | UNIDENTIFIED FEMALE [UF]<br>INTERPRETER<br>DETECTIVE SHIVANI [SHIVANI]<br>SPECIAL AGENT SARAH LNU [S/A SARAH] |
| ABBREVIATIONS: | [U/I] Unintelligible<br>[PH] Phonetic spelling<br>Transcriptionist's note [ ] |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| | | [BEGINNING OF SEGMENT] | [অংশের শুরু] |
| | | [01:15:00 - 01:18:00] | [01:15:00 - 01:18:00] |
| 01:15:00 | UF: | My husband was with me, but he didn't speak with them directly or on the phone, as he's uncomfortable with that. | আমার সাথে হাসবেন্ড ছিল কিন্তু ওর সামনাসামনি গেছে না এবং ফোনেও কোনো কথা বলছেনা কারন সে এগুলো লাইক করেনা। |
| 01:15:05 | INTERPRETER: | Okay, uhm, my husband was with me, and my husband went and talked to him. And my husband don't like that. | Okay, uhm, my husband was with me, and my husband went and talked to him. And my husband don't like that. |
| 01:15:12 | SHIVANI: | Did she… did…? How did they get her? Did they drive there? | Did she… did…? How did they get her? Did they drive there? |
| 01:15:16 | INTERPRETER: | Oh, how did they leave from there afterwards? | আহ, কিভাবে আপনারা তারপরে ওরা চলে গেছিল ওখান থেকে? |
| 01:15:22 | UF: | After that, I have not seen him since I scolded him a lot. It's true, we scolded him and left him there. | এরপর তো দেখি নাই কারণ ওরে আমি অনেক গালাগালি করছি, ইটস ট্রু, আমরা ওরে গালাগালি করে ওখানে রেখে চলে আসছি। |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| 01:15:28 | INTERPRETER: | I say some bad word to him… | I say some bad word to him… |
| 01:15:30 | SHIVANI: | That's not what I asked… | That's not what I asked… |
| 01:15:30 | UF: | And he has said sorry… | এবং সে সরি বলছে… |
| 01:15:31 | SHIVANI: | That's not what I asked… | That's not what I asked… |
| 01:15:32 | UF: | … he said sorry. | … he said sorry. |
| 01:15:33 | SHIVANI: | That's not what I asked. How did you guys get there? Did you get to the restaurant by car? | That's not what I asked. How did you guys get there? Did you get to the restaurant by car? |
| 01:15:38 | INTERPRETER: | How did you go to that restaurant? Did you go by car? | আপনি কিভাবে গিয়েছিলেন ওই রেস্টুরেন্টে? কারে গেছিলেন, গাড়িতে? |
| 01:15:44 | UF: | Yes, I went by car. | হ্যা গাড়িতে গেছিলাম। |
| 01:15:45 | INTERPRETER: | Yes, car. | Yes, car. |
| 01:15:46 | SHIVANI: | What kind of car? | What kind of car? |
| 01:15:47 | UF: | But he to me… | কিন্তু ও আমাকে… |
| 01:15:47 | SHIVANI: | Wait, wait, wait… | Wait, wait, wait… |

| <u>TIMESTAMP</u> | <u>PARTICIPANTS</u> | <u>ENGLISH TRANSCRIPTION/TRANSLATION</u> | <u>ORIGINAL LANGUAGE</u> |
|---|---|---|---|
| 01:15:48 | INTERPRETER: | Do you know which car you went in? | কোন গাড়িতে গেছিলেন আপনি জানেন? |
| 01:15:50 | UF: | In our own car. | আমাদের গাড়িতে |
| 01:15:52 | INTERPRETER: | It is our car. | It is our car. |
| 01:15:53 | SHIVANI: | What is it? | What is it? |
| 01:15:55 | INTERPRETER: | What kind of car is yours? | কি ধরনের গাড়িটা আপনার? |
| 01:15:56 | UF: | I... | আমি.. |
| 01:15:57 | INTERPRETER: | No, what color is the car? What car? | না কি রংয়ের গাড়ি? কি গাড়ি? |
| 01:15:59 | UF: | I, I'm saying that I don't know which car brand I'm talking about, I don't know any name. | আমি, আমি বলছি যে আমি কোন গাড়ির ব্র্যান্ড আমি বলছি জানি না, আমি কোনো নাম জানি না। |
| 01:16:03 | INTERPRETER: | I don't know the brand name of the car. | I don't know the brand name of the car. |
| 01:16:04 | UF: | Because he offered me to go by Uber. Uber... he would get me an Uber. | বিকস ও আমাকে অফার করছে আমাকে উবার করে যাওয়ার জন্য। ও উবার... ও উবার করে দিবে। |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:16:08 | SHIVANI: | I'm gonna, I'm gonna, I'm going to get to uh… | I'm gonna, I'm gonna, I'm going to get to uh… |
| 01:16:08 | INTERPRETER: | Yeah. | Yeah. |
| 01:16:09 | SHIVANI: | I'm going to get to what happened. But I'm just trying to figure out… | I'm going to get to what happened. But I'm just trying to figure out… |
| 01:16:12 | UF: | He got me an Uber. | ও আমাকে উবার করে দিছে |
| 01:16:13 | INTERPRETER: | We are trying to understand the matter well. | আমরা বিষয়টা ভালোভাবে জানার চেষ্টা করতেছি। |
| 01:16:15 | UF: | Uhm-hum. | হম |
| 01:16:17 | INTERPRETER: | Actually, if you cooperate with us in every way with only honesty… | আসলে আপনি যদি আমাদের সাথে সবধরনের সহযোগিতা করেন শুধু সত্যতা দিয়ে… |
| 01:16:20 | UF: | Uhm-hum. | হুম |
| 01:16:21 | INTERPRETER: | … then it will be good for you and good for us too. | ... তাহলে আপনাদের জন্যও ভালো হবে আমাদের জন্যও ভালো হবে। |
| 01:16:25 | UF: | I… | আমি… |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| 01:16:25 | INTERPRETER: | Then which car did you all go in? That place you went to? | তাহলে কোন গাড়িতে গেছেন আপনারা? ওইখানে যে গেছেন আপনি? |
| 01:16:28 | UF: | Uhm-hum… | হুম… |
| 01:16:30 | SHIVANI: | Okay. | Okay. |
| 01:16:31 | INTERPRETER: | Alright, what was the color of the car you went in? That's his question. | আচ্ছা ওকে এটা কি রঙের গাড়িতে গেছিলেন? উনার প্রশ্ন এটা। |
| 01:16:36 | UF: | Actually, I don't know because he offered to get me an Uber. | একচুয়ালি আই ডোন্ট নো বিকস ও আমাকে অফার করছে আমাকে উবার করে দিবে। |
| 01:16:42 | SHIVANI: | So, so… okay… | So, so… okay… |
| 01:16:43 | UF: | Then I said, 'You don't need to get an Uber, I'll take an Uber and come. | দেন আমি বলছি তোমার উবার করা লাগবে না আমি উবার করে আসবো। |
| 01:16:43 | SHIVANI: | Hold on, hold on… | Hold on, hold on... |
| 01:16:44 | INTERPRETER: | [U/I] Uber… | [U/I] Uber… |
| 01:16:45 | SHIVANI: | … hold on. I'll make this simple. You got there by a car. But right now, you don't know what car that was. | … hold on. I'll make this simple. You got there by a car. But right now, you don't know what car that was. |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:16:50 | UF: | Yeah. | Yeah. |
| 01:16:50 | INTERPRETER: | Uh, don't you know which car you went in, really? | উহ, আপনি কি জানেন না যে কোন কার এ গিয়েছিলেন, এইতো? |
| 01:16:53 | UF: | No, really, I don't know. | না ভাই সত্যি আমি জানিনা। |
| 01:16:54 | SHIVANI: | And you're saying that you went to that restaurant? It was just you and your husband to figure out who was saying bad things to you? | And you're saying that you went to that restaurant? It was just you and your husband to figure out who was saying bad things to you? |
| 01:17:01 | UF: | Yeah. Yeah. | Yeah. Yeah. |
| 01:17:03 | SHIVANI: | Okay. So, then what happened next? | Okay. So, then what happened next? |
| 01:17:06 | INTERPRETER: | What happened after that? When you went there, what happened next? | এরপরে কি হলো? আপনি যখন গেলেন যাওয়ার  পরে কি হলো? |
| 01:17:08 | UF: | He threatened me a lot. He said he would kill me. He… like… he scared me a lot. | ও আমাকে অনেক থ্রেট দিছে, ও আমাকে মাইরা ফেলবে, ও আমাকে এখানে লাইক ও আমাকে অনেক ভয় দেখাইছে, |
| 01:17:16 | INTERPRETER: | He was uh, [U/I]… | He was uh, [U/I]… |
| 01:17:17 | UF: | He told me he would upload my bad pictures, and even… | ও আমাকে বলছে আমার ব্যাড পিকচার আপলোড করবে ইভেন… |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| 01:17:21 | INTERPRETER: | Ah, he wanted to upload the bad picture. | Ah, he wanted to upload the bad picture. |
| 01:17:22 | UF: | If you bring him in front of me, I can tell him. | আপনি ওকে নিয়া আসেন আমার সামনে আমি ওকে বলতে পারবো। |
| 01:17:25 | SHIVANI: | What bad picture? | What bad picture? |
| 01:17:26 | INTERPRETER: | What kind of bad pictures? | কোন ধরনের খারাপ ছবি? |
| 01:17:27 | UF: | Like, bad pictures. Like he… | Like, bad pictures. Like he… |
| 01:17:31 | INTERPRETER: | Does he have any? | আছে ওর কাছে কোনো? |
| 01:17:32 | UF: | No, regarding him, I'm telling you, I've never even met him, I've never seen him in online classes either. | না, ওর সাথে ওকে আমি বলি ওকে আমি কোনদিন চিনিও না আমি ওকে অনলাইন ক্লাসেও কখনো দেখি নাই। |
| 01:17:37 | INTERPRETER: | I don't know him before… | I don't know him before… |
| 01:17:39 | UF: | Because I am a good student, I attend classes regularly. I attend classes. I do assignments regularly. | কজ আমি এখানে ভাল একজন স্টুডেন্ট, আমি ক্লাস করি রেগুলার। আমি ক্লাস করি। আমি এসাইনমেন্ট করি রেগুলার। |
| 01:17:43 | SHIVANI: | [U/I]… | [U/I]… |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:17:44 | UF: | For the last three weeks, I've been pregnant and therefore unwell, so I haven't been able to attend classes. | লাস্ট থ্রি উইকস আমি প্রেগন্যান্ট তাই আমি অসুস্থ তাই ক্লাস করতে পারি নি। |
| 01:17:46 | INTERPRETER: | Okay. Please wait a moment and talk to us. | ওকে। একটু থামেন আমাদের সাথে কথা বলেন। |
| 01:17:49 | SHIVANI: | He was gonna post a picture? That's what she's saying? | He was gonna post a picture? That's what she's saying? |
| 01:17:53 | UF: | [U/I]. | [U/I]. |
| 01:17:53 | INTERPRETER: | Yeah, he said, like he gonna upload the bad picture on her. | Yeah, he said, like he gonna upload the bad picture on her. |
| 01:17:59 | UF: | Yes. | হ্যাঁ। |
| 01:18:00 | SHIVANI: | When and what bad picture is that? | When and what bad picture is that? |
| | | [01:41:00 - 01:44:00] | [01:41:00 - 01:44:00] |
| 01:41:03 | UF: | I don't know… clearly remember. I clearly not remember. Because, uh, after that morning, my class, so I attend my class. | I don't know… clearly remember. I clearly not remember. Because, uh, after that morning, my class, so I attend my class. |
| 01:41:12 | INTERPRETER: | Ah… | Ah… |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| 01:41:12 | UF: | I attend my class. | I attend my class. |
| 01:41:15 | SHIVANI: | What happened with, with him? | What happened with, with him? |
| 01:41:16 | UF: | But I am serious to my study. | But I am serious to my study. |
| 01:41:19 | SHIVANI: | What happened with him at this hotel? | What happened with him at this hotel? |
| 01:41:23 | INTERPRETER: | Alright, so you understand the situation now, right? You went to the hotel, this person went with you as well. In fact, there are even pictures. So, what happened after that inside the hotel? | আচ্ছা এইবার তো বুজছেন, হোটেলে গেলেন এই ব্যক্তিও গেল আপনাদের সাথে এমন কি যে ছবিও আছে। তারপরে কি হলো হোটেলের ভিতরে? |
| 01:41:32 | UF: | I don't know. | I don't know. |
| 01:41:32 | SHIVANI: | But you were there. | But you were there. |
| 01:41:35 | UF: | Because it's… yeah, I'm there. But it's 2 rooms. Yeah. | Because it's… yeah, I'm there. But it's 2 rooms. Yeah. |
| 01:41:41 | SHIVANI: | Go on. | Go on. |
| 01:41:43 | INTERPRETER: | Then? | তারপরে? |
| 01:41:43 | S/A SARAH: | What room were you in? | What room were you in? |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:41:45 | INTERPRETER: | Which room were you in? Which room did you enter? | আপনি কোন রুমের মধ্যে ছিলেন? কোন রুমের মধ্যে ঢুকছেন? |
| 01:41:50 | UF: | Like, uh, this side. | Like, আআ এই সাইডে। |
| 01:41:52 | INTERPRETER: | Entering on the right side or the left side? | ডান সাইডে নাকি বাম সাইডে ঢুকতে? |
| 01:41:55 | UF: | Like, here is 2 rooms, right? Here is 2 rooms. | Like, here is 2 rooms, right? Here is 2 rooms. |
| 01:41:58 | SHIVANI: | Uhm-hum. | Uhm-hum. |
| 01:41:59 | INTERPRETER: | Okay. [U/I] listen. | Okay. [U/I] listen. |
| 01:42:02 | UF: | Like, I, I stay right... | Like, I, I stay right... |
| 01:42:03 | INTERPRETER: | In the first? | প্রথমটাতে? |
| 01:42:04 | UF: | Yeah. | Yeah. |
| 01:42:05 | INTERPRETER: | The first one I… we get in. | The first one I… we get in. |
| 01:42:07 | UF: | Yeah. | Yeah. |
| 01:42:07 | INTERPRETER: | Yeah. | Yeah. |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:42:08 | UF: | We get in, and, and, and the other guy is, uh… | We get in, and, and, and the other guy is, uh… |
| 01:42:11 | SHIVANI: | Why'd you take him to this hotel? | Why'd you take him to this hotel? |
| 01:42:16 | INTERPRETER: | Why did you go to this hotel? | কেনো গিয়েছিলে এই হোটেলে? |
| 01:42:18 | UF: | Actually, I don't know. | Actually, I don't know. |
| 01:42:19 | SHIVANI: | I may understand, I can understand that if, if it's your… if this is something Abu did by him, you know, like, this is uh, his own idea. That's something that you need to tell me, you know, if you're… | I may understand, I can understand that if, if it's your… if this is something Abu did by him, you know, like, this is uh, his own idea. That's something that you need to tell me, you know, if you're… |
| 01:42:31 | INTERPRETER: | You are being asked, is this Abu's conspiracy or just a conspiracy between the 2 of you? | আপনাকে বলা হচ্ছে যে এটা কি আবুর চক্রান্ত না শুধু আপনার দুজনের একসাথে চক্রান্ত? |
| 01:42:40 | UF: | I don't know anything. | আমি কিছু জানি না। |
| 01:42:41 | INTERPRETER: | That's what I'm saying, if you don't know, that's one thing. You can guess what will happen. And if it's just his idea, then he will be punished, you understand? | সেটাই তো বলতেছি যদি আপনি না জানেন সেটা একটা কথা। সেটা বোঝে নিতে কি হবে আর যদি শুধু তার আইডিয়া হয় তাহলে শাস্তি তো তারই হবে, বুঝছেন? |
| 01:42:52 | UF: | I don't know anything. | I don't know anything. |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| 01:42:53 | INTERPRETER: | I don't know. | I don't know. |
| 01:42:55 | UF: | I swear to God, I don't know. | I swear to God, I don't know. |
| 01:42:57 | SHIVANI: | Okay, well… | Okay, well… |
| 01:43:00 | INTERPRETER: | So, it look like maybe this, maybe she don't understand or she don't know [U/I]… | So, it look like maybe this, maybe she don't understand or she don't know [U/I]… |
| 01:43:07 | SHIVANI: | Or she doesn’t wanna say what happened to him in the room. It was awful what happened [U/I] room. | Or she doesn’t wanna say what happened to him in the room. It was awful what happened [U/I] room. |
| 01:43:11 | UF: | And as far as I know, I'm telling the truth. And what I don't know, what can I say? Because I wasn't there, I didn't see it. | আর আমি যতটুকু জানি আমি সত্যি বলছি। আর আমি যা জানিনা আমি কি বলবো, বিকজ আমি ছিলাম না আমি দেখি নাই। |
| 01:43:18 | INTERPRETER: | I was not inside the room. | I was not inside the room. |
| 01:43:19 | UF: | ‘Till now, I don’t know. | ‘Till now, আমি জানি না। |
| 01:43:20 | INTERPRETER: | I was not inside the room. I don't know what happened in the room. | I was not inside the room. I don't know what happened in the room. |
| 01:43:23 | SHIVANI: | You want me to tell you what happened in that room? | You want me to tell you what happened in that room? |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:43:25 | UF: | No. | No. |
| 01:43:26 | SHIVANI: | You don't want me to tell you? | You don't want me to tell you? |
| 01:43:27 | INTERPRETER: | Do you want to know? | আপনি কি জানতে চান? |
| 01:43:28 | UF: | No. [U/I]. | No. [U/I]. |
| 01:43:29 | INTERPRETER: | No, no, do you want to know what happened with him in this room, what happened with your husband after he was taken there? Do you know? | No, no, আপনি কি জানতে চান যে এই রুমে যে ওকে নেওয়া হলো, আপনার হাসবেন্ড কে যে নেওয়া হলো তার সাথে কি হইছিল তা কি জানেন? |
| 01:43:34 | UF: | No, I don't know, still I don't know. | না, আমি জানিনা, still আমি জানিনা। |
| 01:43:36 | INTERPRETER: | Do you want to know? | জানতে চান? |
| 01:43:37 | UF: | Sometimes I ask him like this. | মাঝে মদ্ধে আমি ওকে জিজ্ঞেস করি like this. |
| 01:43:39 | INTERPRETER: | I ask my husband sometimes, you know, what happened in the room? | I ask my husband sometimes, you know, what happened in the room? |
| 01:43:43 | UF: | Yeah and [U/I]… | Yeah and [U/I]… |
| 01:43:44 | SHIVANI: | And what did he say? | And what did he say? |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:43:46 | UF: | He said nothing. We are just friends. | He said nothing. We are just friends. |
| 01:43:49 | INTERPRETER: | No, no, no, no, no, no, no. We are asking, so we want to ask if you entered a room with your husband, you entered this room, right? | No, no, no, no, no, no, no. We are asking, so আমরা জিজ্ঞেস করতে চাচ্ছি যে আপনি আপনার হাজবেন্ডকে নিয়ে একটা রুমে ঢুকলেন, এই রুমে ঢুকলেন, হ্যা? |
| 01:43:58 | UF: | Uhm-hum. | হুম। |
| 01:43:59 | INTERPRETER: | And this person and your husband entered a separate room, that's what you're trying to say, right? But what happened in that room, the room your husband went to without you, the other room he went to, what happened in that room that this person also went to? | আর এই ব্যক্তি আর আপনার হাজবেন্ড আলাদা রুমে ঢুকলো আপনি এটাই বলতে চাচ্ছেন, হ্যা?<br><br>কিন্তু ওই রুমে কি হলো, আপনার হাজবেন্ড যে রুমে আপনাকে ছাড়া যে গেলো, অন্য রুমে যে গেলো, এই ব্যক্তিটাও যে গেলো ওই রুমে কি হলো? |
| | | [01:50:00 - 02:04:00] | [01:50:00 - 02:04:00] |
| 01:49:57 | INTERPRETER: | So, you initially told this person, when he offered to meet you, you agreed, right? | So আপনি এই ব্যক্তিটাকে প্রথমে বলছেন ও যখন আপনাকে প্রস্তাব দেয় যে আমার সাথে মিট করতে তা আপনি তো রাজি হয়েছিলেন? |
| 01:50:07 | UF: | Yes, because he was blackmailing me. He told me he would upload an edited picture with my face. | হ্যাঁ, কারন সে আমাকে ব্ল্যাকমেইল করছে। আমাকে বলছে ওই পিকচার আপলোড করবে আমার ফেস বসায়ে। |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:50:12 | INTERPRETER: | Okay, then you said you'd meet, and you brought these people with you? | আচ্ছা তারপরে আপনি মিট করার কথা বলে আপনি এদেরকে সাথে নিয়ে গেছেন? |
| 01:50:18 | UF: | Because, uh, my safety first. [U/I]… | Because, uh, my safety first. [U/I]… |
| 01:50:20 | INTERPRETER: | Okay. No, no. It's… it's okay. But, you know, what he's trying to… trying to ask that… | Okay. No, no. It's… it's okay. But you know, what is trying to… কে, কী বলতে চাচ্ছে… |
| 01:50:23 | UF: | He threatened to make me drink, and it would be worse if I refused to go. Many girls are associated with him, even though a number of them have also filed complaints. | বিকজ ও আমকে বলছে আমাকে ড্রিঙ্কস করাবে, এইটা করাবে সেইটা করাবে যদি আমি না যাই তাইলে। ওর কাছে অনেক মেয়েরা আসে যায় Even though অনেক মেয়েরা কমপ্লেইন ও করছে। |
| 01:50:35 | SHIVANI: | Is he? Okay. Um, he is trying to [U/I] make a story about him. But I was trying to explain everything, whatever you say. Um, but he's like, she's trying to tell me. So, I'm going to explain everything first, whatever you're saying, and then we will get that [U/I]… | করছে? Okay. Um, he is trying to make a story about him. But I was trying to explain everything. Whatever you say. Um, but he's like, she's trying to tell me. So, I'm going to explain everything first, whatever you're saying, and then we will get that [U/I]… |
| 01:50:52 | UF: | Even though, he drinks. | Even though, ও ড্রিংক করে |
| 01:50:55 | SHIVANI: | Uh, one second. But hold on, you already lied to me three times. Can you… can you tell her? You lied to me. | Uh, one second. But hold on, you already lied to me three times. Can you… can you tell her? You lied to me. |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:50:58 | INTERPRETER: | You've already lied three times, don't say more and get yourself into trouble. Please wait, I'm explaining the situation. | আপনি ৩ বার আলরেডি মিথ্যা কথা বলে ফেলছেন আর বেশি বলে নিজের বিপদ ডেকে আইনেন না , আপনি একটু দারান আমি ঘটনাটা বলছি। |
| 01:51:04 | SHIVANI: | And I'll tell you what those lies were. You said you and your… after you guys had a conversation, that he went his way and you and your husband left and went your separate ways, which was not true. You lied to me then. | And I'll tell you what those lies were. You said you and your… after you guys had a conversation, that he went his way and you and your husband left and went your separate ways, which was not true. You lied to me then. |
| 01:51:18 | INTERPRETER: | You understand, you're saying you dropped him home and left, but you actually didn't. You took him with you, that's a lie. | আপনি বুঝতে পারছেন আপনি বলছেন যে ওকে বাসায় নামায় দিয়ে আপনারা চলে গেছেন কিন্তু আসলে যান নাই। ওকে সাথে নিয়ে গেছেন, এটা তো মিথ্যা কথা। |
| 01:51:30 | SHIVANI: | You then said after the hotel, he went his own way, and you and your husband went and… and you guys went your own separate way. But that wasn't true. That's another lie. | You then said after the hotel, he went his own way, and you and your husband went and… and you guys went your own separate way. But that wasn't true. That's another lie. |
| 01:51:40 | INTERPRETER: | You're also saying that you dropped him at the hospital, sorry at the hotel, and then you went separately, and he went separately, but that's not true either. | আপনি এটাও বলছেন যে ওকে হাসপাতালে, ওকে হোটেলে দিয়ে আপনি আলাদা চলে গেছেন আর ও আলাদা চলে গেছে কিন্তু আসলে তাও না। |
| 01:51:49 | SHIVANI: | Wait, wait, wait, wait. Video… we have video surveillance, shows all three of you leaving the hotel and getting into this car, all three of you. | Wait, wait, wait, wait. Video… we have video surveillance, shows all three of you leaving the hotel and getting into this car, all three of you. |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:51:59 | INTERPRETER: | That video shows that all three of you are getting into the same car again. | ওই ভিডিও দেখা যাচ্ছে যে আপনারা তিনজনই আবার এই একি গাড়িতে ঢুকছেন। |
| 01:52:05 | SHIVANI: | You guys took him off the street here, and you held on to him for a day and a half. | You guys took him off the street here, and you held on to him for a day and a half. |
| 01:52:12 | INTERPRETER: | You held him for about 1 to 1.5 days. You didn't say these things. That's what we want to say. | ওকে ১-১.৫ দিনের মতো আপনারা তুলে নিয়ে রাখছেন। এইগুলো বললেন না। সেইগুলা আমরা বলতে চাচ্ছি। |
| 01:52:19 | SHIVANI: | And the cell phone locations for your husband's phone and the victim's phone are together the whole time. He never was free to go. You never let him go. | And the cell phone locations for your husband's phone and the victim's phone are together the whole time. He never was free to go. You never let him go. |
| 01:52:32 | INTERPRETER: | He couldn't go anywhere alone; you didn't give him that opportunity. | ও একা কোথাও যাইতে পারে নাই সেই সুযোগ আপনারা দেন নাই ওকে। |
| 01:52:37 | SHIVANI: | What did I miss? | What did I miss? |
| 01:52:39 | UF: | I'm saying as much as I know, and I'm telling the exact truth as much as I know, brother. | আমি যতটুকু জানি আমি ততটুকুই বলছি আর আমি এক্সেক্টলি অনেক সত্যি কথা আমি যতটুকু জানি ভাই আমি ততটুকুই বলছি। |
| 01:52:48 | INTERPRETER: | Uh, whatever I know, I tell everything to you guys. | Whatever I know, I tell everything to you guys. |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:52:52 | UF: | And maybe I'm not understanding something in English, maybe he's saying something, and I'm trying to say it along with him. | অ্যান্ড হয়তবা আমি ইংলিশ এ বুঝতেছিনা কিছু হয়তোবা উনি বলতেছে আমি উনার সাথে সাথে বলার ট্রাই করতেছি। |
| 01:52:57 | INTERPRETER: | That's why I'm translating it for you. I'm gonna go over that story, like, you… you know, basically saying the whole story, like how it happened. | আমি এই কারনেই translate করে দিচ্ছি আপনাকে। I'm gonna go over that story, like, you… you know, basically saying the whole story, like how it happened. |
| 01:53:06 | SHIVANI: | So… | So… |
| 01:53:07 | INTERPRETER: | I… I'm gonna tell her because she… she might be… some part is missing for her. | I… I'm gonna tell her because she… she might be… some part is missing for her. |
| 01:53:12 | SHIVANI: | However she wants. She can… now that we… we, uh, [U/I] we're kind of understanding. Maybe she can just run it through it on her end so… | However she wants. She can… now that we… we, uh, [U/I] we're kind of understanding. Maybe she can just run it through it on her end so… |
| 01:53:21 | INTERPRETER: | Yeah. Then you can… you can get better. | Yeah. Then you can… you can get better. |
| 01:53:24 | SHIVANI: | … so… so… so you… you start fresh from… from that. And, you know, from… from… starting from the interactions from… from Zoom to going to the location to getting the van, in her own words. | … so… so… so you… you start fresh from… from that. And, you know, from… from… starting from the interactions from… from Zoom to going to the location to getting the van, in her own words. |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:53:36 | INTERPRETER: | Yeah. Let her memorize. I'm… | Yeah. Let her memorize. I'm… |
| 01:53:37 | SHIVANI: | Let me hear her stor… | Let me hear her stor… |
| 01:53:38 | INTERPRETER: | … I'm gonna [U/I] calm down and, you know. | … I'm gonna [U/I] calm down and, you know. |
| 01:53:40 | SHIVANI: | [U/I]. Okay. | [U/I]. Okay. |
| 01:53:40 | INTERPRETER: | And then you can start answering. | And then you can start answering. |
| 01:53:43 | SHIVANI: | Right, I want to hear her side now that… now that… now that we know that they did go in the… to a van. They did, you know, so… | Right, I want to hear her side now that… now that… now that we know that they did go in the… to a van. They did, you know, so… |
| 01:53:48 | INTERPRETER: | Okay. | Okay. |
| 01:53:49 | SHIVANI: | … maybe there's some clarity. | … maybe there's some clarity. |
| 01:53:51 | INTERPRETER: | So, according to his information, you agreed to meet with the person you were with in front of this Dera restaurant… | সো উনার তথ্য অনুযায়ী আপনি উনার সাথে যে ব্যক্তির সাথে মিট করতে রাজি হইছেন এই ডেরা রেস্টুরেন্ট এর সামনে… |
| 01:54:01 | UF: | He blackmailed me that way, brother. Check the texts on his phone. | ও আমাকে ওইভাবে ব্ল্যাকমেইল করছে ভাই। ওর ফোনের টেক্সটগুলো আপনারা চেক করেন। |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 01:54:06 | INTERPRETER: | We have that information. | আমাদের কাছে আছে সে তথ্য। |
| 01:54:07 | UF: | He texted me to go, gave me the location. You've seen all that, right? | ও যে আমাকে টেক্সট করে যাইতে বলছে লোকেশন দিছে সেগুলো তো আপনারা দেখছেন? |
| 01:54:11 | INTERPRETER: | We've seen everything, correct. Listen… | সব দেখছি, সঠিক। শোনেন… |
| 01:54:13 | UF: | Where is my fault here? | আমার ফল্ট কোথায় এখানে? |
| 01:54:14 | INTERPRETER: | No, we… | না, আমরা… |
| 01:54:14 | UF: | Am I wrong for only being a girl? | আমি একটা মেয়ে হয়ে ভুল করছি? |
| 01:54:16 | INTERPRETER: | No, we're not saying this is your fault. Don't question me like this. Listen, I'm here to translate. I'm explaining what they want to convey. You listen first, listen first, then… | না, আমরা বলতেছি না এগুলো আপনার ফল্ট। আমার সাথে এভাবে এ না প্রশ্ন করে, শোনেন আমি ট্রান্সলেট করতে আসছি। ওরা যেটা বুঝাতে বলছে আমি আপনাকে বুঝায় দিচ্ছি। আপনি আগে শোনেন, আগে শোনে নেন তারপর… |
| 01:54:28 | UF: | Because as far as I know, I know [U/I]… | বিকজ আমি যতটুকু জানি, I know [U/I]… |
| 01:54:32 | INTERPRETER: | Okay, okay… | Okay, okay… |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| 01:54:32 | UF: | [U/I]. | [U/I]. |
| 01:54:33 | INTERPRETER: | … talk to me a bit right now. I'll explain the situation to you, and then if you have questions, I'll answer them. | … আমার এখন এই সময়ে এই সময় একটু আমার সাথে কথা বলেন আমি আপনাকে ঘটনাটা বুঝায়ে দেই তারপরে আপনার প্রশ্ন থাকলে আমি বলবো। |
| 01:54:41 | SHIVANI: | What'd she say? | What'd she say? |
| 01:54:43 | INTERPRETER: | Uh… no, she said that this guy is blackmailing me [U/I]. Uh, but I tell her to stop because I'm going to help you to memorize whatever I have and whatever you say, so, and then you can get back to us. So, give me a few times, and I tell her to stop, like, you know question from now to memorize. | Uh… no, she said that this guy is blackmailing me [U/I]. Uh, but I tell her to stop because I'm going to help you to memorize whatever I have and whatever you say, so, and then you can get back to us. So, give me a few times, and I tell her to stop, like, you know question from now to memorize. |
| 01:55:01 | SHIVANI: | You wanna write something else? | You wanna write something else? |
| 01:55:03 | INTERPRETER: | Uh, yeah. I'll take this. You know, pen and paper. She's thinking… oh, that's fine. You know, I… | Uh, yeah. I'll take this. You know, pen and paper. She's thinking… oh, that's fine. You know, I… |
| 01:55:12 | SHIVANI: | You're good? | You're good? |
| 01:55:13 | INTERPRETER: | … I can go over here. Yeah. So, after he sent you those offensive text messages, you arranged to meet him in front of the 'Dera Restaurant.' Let's proceed from there: after the | … I can go over here. Yeah. তো ওর সাথে যখন আপনার, ওর টেক্সট মেসেজ যে বাজে বাজে দেয় হওয়ার পরে আপনার এই ডেটাল রেস্টুরেন্ট সামনে ওর সাথে |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| | | meeting, you got him into the car. I want you to try and recall this clearly. Once in the car, he was held and punched, you broke his phone, and a verbal altercation took place. After that, you all allegedly took him to a hotel and assaulted him. At the hotel, you went into one room, and he went into another. Later, as is also evident from the photographs, when you all left the hotel, it shows that all of you returned in the very same car. | মিট করতে চাইছেন। আচ্ছা মিট করলেন, ধরলাম মিট হওয়ার পরে তারপরে ওকে গাড়িতে তুললেন, একটু বিষয়গুলো আপনি একটু মনে করার চেষ্টা করেন। গাড়িতে তোলার পরে গাড়িতে ওকে ধরে ঘুষি মারা হইছে, তারপর আপনি ফোনটা ভেঙ্গে দিছেন, তারপরে বকাবকি হইছে তারপরে ওকে ধরেন আপনারা এখানে হোটেলে নিয়ে মারছে, হোটেলে নিয়ে আপনি আলাদা রুমে গেছেন, ও আলাদা রুমে গেছে। তারপরে এখানে ছবিতেও দেখা যাচ্ছে এবং তারপরে কি হলো যে হোটেল থেকে যখন আপনারা বের হলেন দেখা গেল যে আপনারা এই কয়জনে একই গাড়িতে আপনারা ব্যাক করছেন। |
| 01:56:07 | INTERPRETER: | Now, we need to know some things: what actually happened? Many times, there are pictures or videos… | এখন হলো আমাদের কিছু কিছু জিনিস জানতে হবে যে আসলে ঘটনাটা কি? অনেক সময় ছবি বা ভিডিও থাকে... |
| 01:56:18 | UF: | Hmm. | হুম। |
| 01:56:17 | INTERPRETER: | But we don't have everything. Since you were there, whatever you know. | কিন্তু আমাদের তো সবকিছু থাকে না যেহেতু আপনি ওখানে ছিলেন আপনি যতটুক জানেন। |
| 01:56:24 | UF: | I told you, brother, whatever I know. | আমি বলছি ভাই, আমি যতটুকুই জানি। |
| 01:56:26 | INTERPRETER: | Alright, but don't lie. | আচ্ছা, কিন্তু আপনি মিথ্যা বইলেন না। |
| 01:56:27 | UF: | [U/I]. | [U/I]. |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| 01:56:28 | INTERPRETER: | Don't lie because you said that you left with your husband, but you didn't. Don't tell such lies because for every lie, you will have a separate punishment. Don't try to say what you've already said. | মিথ্যা বইলেন না কারণ আপনি যে বলছেন যে আমি আমার হাসবেন্ডকে নিয়ে চলে গেছি কিন্তু আপনি কিন্তু যান নাই। এ ধরনের মিথ্যা বলেন না কারণ প্রত্যেকটি মিথ্যার জন্য কিন্তু আপনার আলাদা শাস্তি হবে। যা আগে বলছেন এখন আর বলতে যাইয়েন না। |
| 01:56:44 | UF: | I don't want to say anything else. | আমি কোন কথাই আর বলতে চাই না। |
| 01:56:47 | INTERPRETER: | That's your choice, but you should say what you know, or not, I don't know. | সেটা আপনার ইচ্ছা কিন্তু আপনি যতটুকু জানেন সেটা বলবেন, অথবা না না জানিনা। |
| 01:56:51 | UF: | I'm saying what I know because suddenly he's like, he's threatening me, he's threatening on me. | আমি যতটুকু জানি সেটা বলছি, বিকজ সাডেনলি লাইক ও আমাকে থ্রেড করছে, he is threating on me. |
| 01:56:59 | INTERPRETER: | Did you hear that? | সেটা আপনি শুনেছেন? |
| 01:57:00 | UF: | And I'm not a touchy person. And he also, like, trying to, like… like slightly, physically… like too much… not much. It's too much. | And I'm not a touchy person. And he also, like, trying to, like… like slightly physically… like too much… not much. It's too much. |
| 01:57:17 | INTERPRETER: | So, uh, how long he’s... he's like, how was he bothering you? How? For how long? | So, uh, how long he’s… he's like, মানে কিরকম বোদারিং করতেছিল আপনাকে? কিভাবে? কতদিন ধরে? |
| 01:57:25 | UF: | Like, ever since I got admitted to that college and I've been attending | লাইক যখন থেকে আমি ঐ কলেজে ভর্তি হইছি এবং আমি কন্টিনিউ ক্লাস করছি। |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| | | classes continuously. Because I'm a good student. I… I told you, right? So… | Because I'm a good student. I… I told you, right? So… |
| 01:57:39 | INTERPRETER: | Pretty much I explained… | Pretty much I explained… |
| 01:57:40 | UF: | I mean, [U/I]. | I mean, [U/I]. |
| 01:57:41 | INTERPRETER: | … but she has, uh… she wanted ask a few questions like [U/I]. | … but she has, uh… she wanted ask a few questions like [U/I]. |
| 01:57:47 | UF: | I don't know many things, brother. | আমি অনেক কিছুই জানি না ভাই। |
| 01:57:49 | INTERPRETER: | Uh, so I'm gonna go back to translation again, whenever she has the question, and the [U/I]. But I memorize all this. | Uh, so I'm gonna go back to translation again, whenever she has the question, and the [U/I]. But I memorize all this. |
| 01:57:57 | S/A SARAH: | Okay. | Okay. |
| 01:57:59 | INTERPRETER: | And so, look again. So, we're gonna quiet for like 2-3 minutes. We'll be silent for 3-4 minutes, you can refresh your memory a bit, okay? | আর আপনি আরেকটু দেখেন, আপনি একটু So, we're gonna quiet for, like, 2-3 minutes. সো আমরা ৩-৪ মিনিট চুপ থাকব আপনি আপনার মধ্যে মেমোরি টা ফ্রেশ করে নেন, হ্যাঁ? |
| 01:58:09 | UF: | My memory is fresh, brother. I've said everything I know, brother. There's nothing else in me. You can hit me, cut me. | আমার ভাই মেমোরি ফ্রেশ থাকে, আমি যতটুকু জানি আমি ততটুকু বলে দিছি ভাই, আমার ভিতরে আর কিছু নাই। |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| | | | আপনারা আমাকে মারতে পারেন কাটতে পারেন। |
| 01:58:15 | INTERPRETER: | No, no, no, there's no hitting or cutting here. | না না না এখানে মারা কাটার কিছু নাই। |
| 01:58:17 | UF: | Now ask my husband, see what he says. | এখন আমার আমার হাজবেন্ডকে জিজ্ঞেস করেন, দেখেন উনি কি বলে |
| 01:58:21 | INTERPRETER: | No, that question... | না সেটা জিজ্ঞাসা.. |
| 01:58:22 | UF: | Because I've said as much as I know. | কজ আমি যত টুক জানি আমি বলেছি। |
| 01:58:23 | INTERPRETER: | No, no, that will be asked, no problem. | না, না সেটা জিজ্ঞেস করা হবে সমস্যা নাই। |
| 01:58:27 | S/A SARAH: | Okay. | Okay. |
| 01:58:28 | INTERPRETER: | She [U/I] she's saying you can ask my husband too. | She [U/I] she's saying you can ask my husband too. |
| | | [No conversation 01:58:33 – 02:00:33] | [No conversation 01:58:33 – 02:00:33] |
| 02:00:34 | SHIVANI: | Sorry. So, I want to make sure we're clear. Do you understand the incident that we're talking about? | Sorry. So, I want to make sure we're clear. Do you understand the incident that we're talking about? |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| 02:00:44 | INTERPRETER: | Do you understand the whole incident? | আপনি কি বুঝতে পারছেন পুরা ঘটনা টা? |
| 02:00:47 | UF: | Uhm-hum. | হম। |
| 02:00:48 | INTERPRETER: | She understands. | She understands. |
| 02:00:49 | SHIVANI: | Okay. And what you're about to tell me is the best recollection you have from this, from this night? | Okay. And what you're about to tell me is the best recollection you have from this, from this night? |
| 02:00:55 | INTERPRETER: | We expect you to present the truth of the whole matter to us. | আপনি মনে করেন পুরো বিষয়টার একটা সত্যতা আমাদের কাছে তুলে ধরবেন। |
| 02:01:03 | UF: | I told you already. | আমি বলেছি। |
| 02:01:06 | INTERPRETER: | What did you say? | কি বললেন? |
| 02:01:07 | UF: | I have told you what I know. | আমি বলেছি আমি যা জানি। |
| 02:01:09 | INTERPRETER: | I told you whatever I know. | I told you whatever I know. |
| 02:01:11 | SHIVANI: | Okay. So, you… did you explain to her? Or did she explain it to you? Kind of… what transpired? [U/I]. | Okay. So, you… did you explain to her? Or did she explain it to you? Kind of… what transpired? [U/I]. |
| 02:01:20 | INTERPRETER: | No, I, I tried to give her some… | No, I, I tried to give her some… |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| 02:01:24 | UF: | I’m feeling cold, I told her, like, in the first… | I’m feeling cold, I told her, like, first… |
| 02:01:28 | SHIVANI: | Do we have jacket? | Do we have jacket? |
| 02:01:28 | INTERPRETER: | [U/I]. | [U/I]. |
| 02:01:29 | UF: | Yeah, I need it. | Yeah, I need it. |
| 02:01:31 | SHIVANI: | Did you have… did you come in with one? Do you have one? | Did you have… did you come in with one? Do you have one? |
| 02:01:33 | S/A SARAH: | She doesn't have one, but I can grab [U/I]. | She doesn't have one, but I can grab [U/I]. |
| 02:01:37 | SHIVANI: | Or maybe somebody… someone's got a jacket. Um, see if there's… there’s… if there's something there. I made sure… | Or maybe somebody… someone's got a jacket. Um, see if there's… there’s… if there's something there. I made sure… |
| 02:01:43 | UF: | Because I told her in the first, like [U/I]… | Because I told her in the first, like [U/I]… |
| 02:01:46 | SHIVANI: | Okay. we'll get you… we’ll get you something. Okay, we'll get you something. Um… so, I'm just gonna show you a video. | Okay. we'll get you… we’ll get you something. Okay, we'll get you something. Um… so, I'm just gonna show you a video. |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| 02:02:00 | INTERPRETER: | He will show you a video. You can see the video, right? | একটা ভিডিও দেখাবে আপনাকে, ভিডিওটা আপনি দেখতে পাচ্ছেন তো? |
| 02:02:03 | SHIVANI: | You know who that is? | You know who that is? |
| 02:02:07 | UF: | Uhm-hum. | Uhm-hum. |
| 02:02:08 | SHIVANI: | Who's that? | Who's that? |
| 02:02:10 | INTERPRETER: | Who is this person? | কে এই ব্যক্তি টা? |
| 02:02:13 | UF: | [U/I]. | [U/I]. |
| 02:02:14 | SHIVANI: | This one? | This one? |
| 02:02:15 | UF: | No, this [U/I]. | No, this [U/I]. |
| 02:02:17 | SHIVANI: | Who is this? | Who is this? |
| 02:02:20 | UF: | This is my husband. | This is my husband. |
| 02:02:21 | SHIVANI: | It's your husband? So, who is that? | It's your husband? So, who is that? |
| 02:02:25 | INTERPRETER: | Who is this person? | এই ব্যক্তিটা কে? |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| 02:02:30 | SHIVANI: | We’ll see what happens. | We’ll see what happens. |
| 02:02:38 | INTERPRETER: | [U/I]. | [U/I]. |
| 02:02:42 | SHIVANI: | What's he saying to him? Do you know? | What's he saying to him? Do you know? |
| 02:02:44 | UF: | No. | No. |
| 02:02:45 | SHIVANI: | Okay. That's okay. You know who this man is? | Okay. That's okay. You know who this man is? |
| 02:02:54 | UF: | No. | No. |
| 02:02:58 | SHIVANI: | And this is the car that you're in? | And this is the car that you're in? |
| 02:03:01 | INTERPRETER: | Were you in this car? | এই কার এর মধ্যে ছিলেন আপনি? |
| 02:03:06 | SHIVANI: | Watch where this is [U/I]. | Watch where this is [U/I]. |
| 02:03:09 | UF: | Okay. | Okay. |
| 02:03:09 | SHIVANI: | Okay, so this is the car you were in? | Okay, so this is the car you were in? |
| 02:03:13 | INTERPRETER: | In this car? | এই কারে? |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 02:03:14 | UF: | Actually, I don't know where this car came from. I don't know. | Actually, এই গাড়িটা কই থেকে আসলো আমি কিছু জানি না। I don't know. |
| 02:03:17 | INTERPRETER: | Uh, I don't know where the car coming from. | Uh, I don't know where the car coming from. |
| 02:03:21 | SHIVANI: | Were you in the car? | Were you in the car? |
| 02:03:23 | INTERPRETER: | You were in this car, weren't you? | এই গাড়িতে তো আপনি ছিলেন? |
| 02:03:23 | UF: | Yeah, I'm… I'm in the car but I don't know about the car. | Yeah, I'm… I'm in the car but I don't know about the car. |
| 02:03:27 | SHIVANI: | You were in the car? You were in this car? | You were in the car? You were in this car? |
| 02:03:31 | INTERPRETER: | You were in this car? | এই গাড়ির মধ্যে আপনি ছিলেন? |
| 02:03:32 | UF: | Yes, I was in the car. | হ্যাঁ, আমি গাড়িতে ছিলাম। |
| 02:03:33 | INTERPRETER: | Yes, I was in the car. | Yes, I was in the car. |
| 02:03:34 | SHIVANI: | Okay, so what's he doing? | Okay, so what's he doing? |
| 02:03:38 | INTERPRETER: | What is your husband doing? | আপনার হাসব্যান্ড কি করতেছে? |

| TIMESTAMP | PARTICIPANTS | ENGLISH TRANSCRIPTION/TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| 02:03:42 | UF: | He brought him to the car. | তাকে নিয়ে আসছে গাড়ির কাছে। |
| 02:03:45 | INTERPRETER: | Just bring him to the car. | Just bring him to the car. |
| 02:03:47 | UF: | Yeah, like, they're bringing him to the car. | Yeah, like, হ্যাঁ গাড়ির কাছে নিয়া আসছে। |
| 02:03:48 | SHIVANI: | Do you think he was free to go? | Do you think he was free to go? |
| 02:03:50 | INTERPRETER: | Do you think he's getting into the car voluntarily? | আপনি কি মনে করেন ও স্বাধীন ভাবে গাড়িতে ঢুকতেছে? |
| 02:03:54 | UF: | No. | না। |
| 02:03:54 | INTERPRETER: | No. | No. |
| 02:03:55 | SHIVANI: | No. Why not? | No. Why not? |
| 02:03:57 | INTERPRETER: | Why not? | কেন না? |
| 02:03:59 | UF: | He was scared, he was behaving badly, he was speaking badly, that's why. | ও ভয় পায়ছিল, ও খারাপ ব্যবহার করছিল, খারাপ কথা বলছিল তাই। |
| 02:04:03 | INTERPRETER: | He's scared. | He scared. |

| **TIMESTAMP** | **PARTICIPANTS** | **ENGLISH TRANSCRIPTION/TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| | | [02:04:04] | [02:04:04] |
| | | [END OF SEGMENT] | [অংশের সমাপ্তি] |