# Exhibit 7

# Filed Under Seal