**Juror ID:** _____

# <u>PRELIMINARY INSTRUCTIONS</u>

The purpose of this questionnaire is to provide information to the Court and the attorneys in this case, so that they can determine whether you can be a fair and impartial juror. Please read the following instructions carefully before completing any portion of this questionnaire. Please print your juror number in the space provided at the top of each page.

**YOU ARE SWORN TO GIVE TRUE AND COMPLETE ANSWERS TO ALL QUESTIONS IN THIS QUESTIONNAIRE**. The questions are not intended to inquire unnecessarily into personal matters. Although some of the questions may appear to be of a personal nature, please understand that the Court and the parties must learn enough information about each juror's background and experiences to select a fair and impartial jury.

Please answer every question. If you do not understand a particular question or do not know the answer, please write either "I do not understand" or "I do not know." If you feel a question does not apply to you write "N/A." Please answer each question fully. Some questions have more than one part. **There are no "right" or "wrong" answers, only truthful answers. Remember, <u>you are sworn to give true and complete answers to all questions</u>**.

If you need extra space for any answer, please use the blank sheets of paper included at the end of the questionnaire. Be sure to indicate on the blank page the number of the question you are answering. <u>Do not write anything on the back of any page</u>.

After a jury has been selected, all copies of your responses to the questionnaire will be destroyed, except one copy which the judge will keep. However, if there are any questions that you believe go into particularly sensitive or private matters and which, for any reason, you would prefer to discuss with the judge and attorneys privately, rather than writing them down here, please note that on the questionnaire.

**DO NOT DISCUSS YOUR QUESTIONS AND ANSWERS OR THE CASE WITH ANYONE, NOW OR UNTIL FURTHER INSTRUCTED BY THE COURT.** You should not discuss the questions or answers with fellow jurors. It is very important that your answers be your own individual answers. More broadly, do not discuss the case with anyone, including the lawyers, your fellow jurors, your family, your friends, or anyone else. Do not communicate about the case in any way, including by text, telephone, e-mail, or social media (like Facebook or X). You must also avoid reading or hearing about the case (or anyone participating in the case) in newspapers, in magazines, on the radio or television, or on the Internet.

**DO NOT READ, WATCH, OR LISTEN TO ANY INFORMATION ABOUT THIS CASE OR CONDUCT YOUR OWN RESEARCH ON THE CASE**. Do not conduct any research into the case (or anyone participating in the case) at any time before your entire jury service has been completed. That includes performing Internet searches, asking other people about the case, reading news stories, books, or reports about the case.

## BACKGROUND

The Court is selecting a jury for a trial scheduled to begin later this week. The trial is expected to approximately two to three weeks. Therefore, if you are selected as a juror, you may need to be in Court through Friday, April 10. Trial will begin at 10:00 AM each day and will end no later than 5:00 PM. There will be no trial on weekends or on April 1 or 2 in observance of Passover.

Summary of the case: The government has charged Iffat Lubna with four crimes arising out of conduct that occurred between May 2023 and January 2024. First, Ms. Lubna is charged with conspiracy to kidnap John Doe-2 in May 2023. Ms. Lubna is also charged with the act of kidnapping John Doe-2 in May 2023. Second, Ms. Lubna is charged with conspiracy to kidnap John Doe-3 between May 2023 and January 2024. And Ms. Lubna also is also charged with the act of kidnapping John Doe-3. The indictment is just a statement of the charges, and it is not evidence. It is merely an accusation. Ms. Lubna has pleaded not guilty to all charges, and, importantly under our laws, she is presumed to be innocent.

## Questions

1.  Name (First, Middle, Last):


2.  What term from the list below do you prefer to be addressed by?

    □ Mr.   □ Ms.   □ Mrs. □ Miss □ Mx. □ Other _____

3.  What city, town, or borough do you live in? (Please do NOT state your exact address or street name.)


4.  What neighborhood do you live in? (Please do NOT state your exact address or street name.)


5.  What is your age?


6.  What is your current employment status? (Please check all that apply.)

    □ Employed full-time          □ Employed part-time          □ Student
    □ Stay-at-home parent/caregiver / homemaker          □ Self-employed
    □ Disabled     □ Retired      □ Looking for work (for how long? _____)
    □ Unemployed (for how long? _____)

**Juror ID:** _____

7. If you are currently a student, where and what are you studying?

8. What is your current occupation? (If you are a full-time student, retired, unemployed, looking for work, or a stay-at-home parent/caregiver/homemaker, please check HERE [  ] and describe the last job you held outside the home.)

Employer:
Job title:
How long in this position:
Job duties/responsibilities:
If you supervise others, please explain:

9. Please list other jobs you have held in the past 5 years, including self-employment, beginning with the most recent.  Please also briefly describe the job duties you had, including whether you were a supervisor.

| Employer | Approx. Dates of Employment | Jobs Held | Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

10. What is the highest level of education that you've reached?

□ Less than high school    □ High school graduate    □ Some college
□ Trade school             □ Associates Degree        □ College graduate
□ Post-grad/Masters        □ Ph.D./M.D./Ed.D./J.D.

Degree(s): _____        Major area(s) of study: _____

3

**Juror ID:** _____

11. Who lives with you? (Please check all that apply.)

☐ Spouse or domestic partner     ☐ Roommate(s)     ☐ Live alone
☐ Other adult family members     ☐ Child or children (if so, list ages: _____ )

12. What kind of work or school do the adult members of your household do? (If they are retired, unemployed, looking for work, or stay-at-home parents/caregivers/homemakers, please check HERE [ ] and describe the last job they held outside the home.)

13. Are you a member of any clubs or social organizations? This would include any civic or professional organizations, such as labor unions or political action groups, as well as any recreational, social, or community organizations. If YES, which ones?

14. Are you a leader in any of these organizations? If YES, what position(s) do you hold?

15. Please list where you get your news, *i.e.,* the name of the newspapers, TV news shows or channels, and/or radio stations/shows you turn to for news. If you primarily get your news through a social media site like Facebook or Apple News, please list the accounts or feeds you most commonly read or watch to get your news.

16. Do you regularly listen to any podcasts? If YES, which ones?

17. Do you enjoy watching shows or movies about law enforcement, lawyers, police, or true crime? If YES, which ones?

4

18. Do you enjoy reading?  If YES, do you have a favorite book?  If YES, what book is your favorite?

19. What do you do in your spare time?

20. Have you, a family member, or a close friend ever worked for a government agency?

If the answer to the above was YES, please identify the person or people and explain their positions, years of employment, and employer(s).

21. Are you or is anyone close to you a current or former law enforcement official?  This would include police officers, investigators, federal agents, prosecutors, or anyone else who works in law enforcement?  If YES, please list and describe.

22.  Have you ever served on a <u>grand jury</u>?

If YES, when and where?

If YES, were you the grand jury foreperson?

If YES, did anything happen during your time as a grand juror that might affect your ability to be fair and impartial in this case?  Please explain.

23. Have you ever served on a <u>trial jury</u>?

If YES, please describe each case (do **not** reveal what the verdict was):

| Civil or Criminal? | Type of Case (e.g., medical malpractice, robbery, car accident, etc.) | Did you reach a verdict (Y/N)? | Were you the jury foreperson? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If YES, did you deliberate?

If YES, did anything happen during your time as a juror that might affect your ability to be fair and impartial in this case? Please explain.

24. Do you, one of your family members, or anyone else close to you have experience, education, or training in the law or legal profession?

If YES, please list/explain:

If YES, do you have any concerns about your ability to follow the legal instructions the judge will give you, and not rely on any prior legal knowledge or experience you may have?

25. Have you, one of your family members, or anyone else close to you ever been charged with or convicted of a crime, or been the subject of a criminal investigation?  If YES, what was the outcome?

26. Have you, a family member, or a close friend, either as an individual or in connection with your business, ever been involved in any legal action or dispute with the United States government or any of its agencies or employees? If YES, what was the nature of the dispute? What was the outcome?

27. Have you, one of your family members, or anyone else close to you ever been a victim of a crime? If YES, please describe.

28. Have you, one of your family members, or anyone close to you ever had any other kind of close interaction with law enforcement — like being stopped on the street and searched, placed under arrest, or being interviewed during a police investigation? If YES, please describe.

29. Have you, a family member, or any other person close to you ever been a witness or a complainant in a criminal prosecution or grand jury proceeding, whether state, federal, or local? If YES, please describe and indicate the outcome.

30. Do you have any bias, prejudice, or feelings, based on your own experience or something you have heard, seen or read, for or against any of the following agencies: (1) the United States Attorney's Office, (2) the United States Department of Justice, (3) the Federal Bureau of Investigations (the FBI), or (4) the New York Police Department?

31. The trial in this case may involve testimony from law enforcement officials, as well as people who are not law enforcement agents or police officers.

    a. Do you believe that a law enforcement official is <u>more</u> likely than an ordinary citizen

to tell the truth on the witness stand simply because he or she works in law enforcement?

    b.  Do you believe that a law enforcement official is <u>less</u> likely than an ordinary citizen to tell the truth on the witness stand simply because he or she works in law enforcement?

32. You may hear testimony that other people have also been charged with the same conduct as Ms. Lubna, but are not standing trial with her.  The judge will instruct you that you may not concern yourselves with why that is.  Is there anything about the fact that those other people will not be tried with Ms. Lubna that would prevent you from fairly evaluating the evidence presented against her at trial?

33. You will hear evidence that there are recordings of the alleged kidnapping victims being physically harmed.  You will hear Ms. Lubna's voice on some of those recordings.  Will this be the end of the case for you?  Or will you be able to keep an open mind and wait to hear all the evidence and the legal instructions that the judge gives to you before deciding if Ms. Lubna should be convicted of any crime?

34. You will hear evidence that one of the alleged victims spent multiple days in the hospital receiving treatment for various injuries in May 2023.  Will this be the end of the case for you?  Or will you be able to keep an open mind and wait to hear the evidence and the legal instructions that the judge gives you before deciding if Ms. Lubna should be convicted of any crime?

35. Ms. Lubna is an immigrant to this country from Bangladesh.  Is there anything about that fact that would influence your decision making in this case in any way?

36. You may also hear testimony from witnesses who are not U.S. citizens. Is there any reason that you would not be able to fairly evaluate their testimony or consider it as you would the testimony of any other witness?

37. For certain witnesses in this case, English is not their primary language, and they will be testifying in Bengali, through the use of an interpreter. Do you have feelings or views about people who do not speak English as their primary language that would make it difficult for you to listen fairly and objectively to their testimony?

38. Do you speak or read Bengali? If so, what is your proficiency level? As a juror, you will be required to accept the English answers through a translation that has been approved by the Court. Would you have any difficulty doing that if you disagreed with the translation?

39. In a criminal case, the testimony of a single witness can be enough to convict someone of a crime, if the jury believes that witness's testimony and finds that it proves the defendant's guilt beyond a reasonable doubt. Do you have any opinion or belief that would prevent you from convicting a person of a crime based upon the testimony of a single witness, if you believed that witness's testimony and it proved all the elements of the crime or crimes charged?

40. If the evidence convinces you that Ms. Iffat Lubna did something very bad and something you strongly disapprove of, you will still need to find that the government has proven, beyond a reasonable doubt, every element of the specific crimes with which she is charged in order to find her guilty of a crime. Stated another way, even if you think Ms. Lubna did something wrong, you will be required to find her not guilty if the government fails to meet its burden of proof, beyond a reasonable doubt, as to each element of the offenses charged. Would you be able to do that?

41.  The video you watched in court earlier explains how unconscious bias, like conscious bias, can affect how we all evaluate information and make decisions.  It is important that as a juror you try and set aside all biases, conscious and unconscious, so that you may fairly evaluate the evidence.  Do you have any concerns about your ability to do that if you were to serve as a juror in this case?  If YES, please describe (or indicate if you would prefer to discuss it privately).

42. Do you have any religious or moral beliefs that would make it difficult for you to sit in judgment of another person's actions in your role as a juror?

43. If you are selected as a juror, the judge will instruct you on the law as it applies to this case.  A juror's obligation is to follow the law as instructed by the judge, even if you disagree with the law or think it is morally wrong.  Do you have any concerns about your ability to follow that instruction?

44. As stated above, even though Ms. Lubna has been charged with certain crimes, the law requires you to presume that she is innocent of all charges.  It is the government's burden to overcome this presumption of innocence and prove every element of a crime charged beyond a reasonable doubt as to them individually in order for them to be found guilty.  Do you think you might have any difficulty following the presumption of innocence and holding the government to this burden of proof?

45. In our system, the defendant in a criminal case has an absolute right to testify or not to testify, and the judge will instruct you that, if Ms. Lubna decides not to testify, you cannot factor that into your evaluation of the evidence.  It is natural to want to hear a defendant's side of the story.  However, the judge will explain that if Ms. Lubna decides not to testify, you cannot hold that against her or consider it in any way in your deliberation.  Would you have any hesitation or difficulty in following that instruction?

46. Are there any other reasons you have not yet indicated why you may find it difficult to serve as a fair and impartial juror in this case?

47.  The United States Constitution guarantees the right of all persons to serve on juries, regardless of race, ethnicity, or sex.  It also protects the right of the parties in the case to select an impartial jury without discrimination against any jurors based on race, ethnicity, or sex.

For these reasons, if you are comfortable doing so, please check any of the descriptions below. You may check any or all that apply to you (that is, you are not limited to just one).

Race/Ethnicity:
□ American Indian or Alaska Native
□ Asian
□ Black or African American
□ Latino or Hispanic
□ Middle Eastern or North African
□ Native Hawaiian or Other Pacific Islander
□ White
□ Other: _____
□ Prefer not to say

Sex/gender identity:
□ Female
□ Male
□ Non-Binary
□ Transgender
□ Other: _____
□ Prefer not to say

DECLARATION

I, _____(name), declare under penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, nor received assistance in completing the questionnaire.

Signed this ____ day of March, 2026

_____
(signature)

11

**Juror ID: _____**

ADDITIONAL PAGES (IF NEEDED):

Please feel free to continue your answers here if you run out of room on the pages above.  Please indicate the question number that relates to your additional answer.

**Juror ID:** _____

ADDITIONAL PAGES (IF NEEDED):

Please feel free to continue your answers here if you run out of room on the pages above.  Please indicate the question number that relates to your additional answer.