# SHER TREMONTE LLP

March 28, 2026

**BY EMAIL**

Andrew Grubin
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    *United States v. Iffat Lubna*, 23-cr-278 (NRM)

Dear Mr. Grubin:

We represent Iffat Lubna in the above-referenced matter, a federal criminal case currently pending before the Hon. Nina R. Morrison in the Eastern District of New York. As you know, we are currently on trial before Judge Morrison in this matter. We write pursuant to 28 C.F.R. § 16.23 (the "*Touhy* regulations") to apprise the government of our intention to call Special Agent Elisabeth Wheeler of the FBI as a witness at trial.

Pursuant to the *Touhy* regulations, we advise that the defense seeks to be able to call Special Agent Wheeler to testify concerning her analysis of cell-site data for this case. We refer you to our opening statement for a more detailed explanation of the testimony we seek to elicit from Special Agent Wheeler. We have reviewed the considerations set forth in 28 C.F.R. § 16.26(b) and do not believe the testimony of Special Agent Wheeler will violate any statute or regulation, reveal classified information or information relating to any confidential source, or reveal investigatory records or trade secrets. Accordingly, we intend to call this witness to testify at the trial in this case and request that you take such steps as may be required to ensure that they are available to do so. We would also be open to exploring a testimonial stipulation that would obviate the need for live testimony from this witness.

We appreciate your prompt cooperation.

      Sincerely,

      /s/ _____
      Noam Biale
      Katie Renzler
      SHER TREMONTE LLP

      *Attorneys for Iffat Lubna*

cc:    AUSAs Stephanie Pak, Joshua Tannen and Vincent Chiappini (via email)
       Chambers of the Honorable Nina R. Morrison (via ECF)